Case 8:18-cr-00545-PX Document 1-2 Filed 04/13/18 Page 1 of 7

FILED ENTERED
APR 1 6 2018
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY              DEPUTY

JRB: USAO 2018R00296

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CASE NO. **18-1110 TJS** |
| JONATHAN OLDALE | * | Under Seal |

\*\*\*\*\*\*\*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Carolyn Cerone, a Special Agent (SA) with the Federal Bureau of Investigation (FBI), United States Department of Justice, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I am a law enforcement officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516. I am a Special Agent with the FBI and have been since February 2011. I am currently assigned to the Violent Crimes Against Children in the Baltimore Division of the FBI and have been assigned investigations concerning child human trafficking, child pornography, and the sexual exploitation of children. During my employment with the FBI, I have gained experience through training in seminars, classes, and daily work related to conducting these types of investigations. In addition, I have also received training regarding the use of the internet and digital communications as they pertain to federal investigations. I have participated in the execution of numerous search warrants, some of which have involved child exploitation offenses. Many of the search warrants resulted in the seizure of computers, cell phones and/or "smart phones," magnetic storage media for computers, other electronic media, and other items evidencing violations of federal laws. I have also participated in the execution of numerous search warrants for online accounts related to child

exploitation and/or child pornography. In the course of my employment with the FBI, I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media and within online accounts.

2. I am submitting this affidavit in support of a criminal complaint and arrest warrant for JONATHAN OLDALE ("OLDALE") for violations of Title 18, United States Code, Section 2251(a) (Production of Child Pornography). The statements in this affidavit are based in part on information, documents, reports, and affidavits provided by officers of the Montgomery County Police Department, as well as documents and reports prepared by others, interviews with witnesses, and on my experience and background as for a Special Agent with the FBI. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation.

**PROBABLE CAUSE**

3. On May 5, 2017, officers from the Montgomery County Police Department responded to Silver Star Gymnastics and Fitness located at 2701 Pittman Drive Silver Spring, Montgomery County, MD 20910 for a report of a suspicious situation. Officers met with the complainant, an employee of the business, who stated he found a camera which had been secreted inside of the restroom of the business. The employee stated the camera was hidden inside of a backpack when he discovered it. The backpack was found in the bathroom hidden underneath of a wet floor sign on the floor. This wet floor sign was located directly in front of the bathroom's only toilet. The camera is what is referred to as a pin hole spy camera. The camera itself is secreted inside of a non-functioning automobile key fob. These devices frequently capture images on a micro SD Card but are also able to transmit photographs, and videos via blue tooth and/or WIFI. It should be noted that at the time

2

the employee recovered the camera the device itself was hot to the touch and had a very small light which was illuminated indicating the device was in the "on" position.

4. The employee stated he recognized the backpack from a previous incident, three weeks prior, in which the backpack had been left in the exact same place inside the restroom. On that occasion the employee picked up the bag and observed that it contained various cords and wires. As the employee exited the restroom with the bag a parent who was waiting in the lobby approached him and stated that the bag belonged to him. The employee returned the bag but thought it was odd that the parent was so quick to claim the bag. The parent who claimed the bag was identified as Jonathan Mark OLDALE. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇ The employee stated that OLDALE frequently spends his time in the waiting area on his laptop while he waits the approximately three hours ▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇. Closer examination of the key fob camera revealed remnants of hot glue which appears to have been used to secure the key fob camera inside of the backpack. The employee stated that rather than remove the backpack from the restroom this time he would leave the backpack and see if anyone claimed it. At around 8:30 pm, OLDALE was observed retrieving the backpack from the restroom. A few minutes later OLDALE went to the front desk and asked if anyone had turned in a key fob. OLDALE was told by employees that no one turned in a key fob. OLDALE exited the business and went to his vehicle in the parking lot. OLDALE returned to the business and inquired a second time to see if anyone had turned in a key fob and was once again told that no one had turned one in. OLDALE once again exited the business. OLDALE returned one last time and informed that employees that he had located his key fob and exited the business.

5. On May 9, 2017, Detectives from the Montgomery County Police Department's Bethesda Investigative Section executed a search warrant at 5402 Greystone Street, Chevy Chase,

3

Montgomery County, Maryland 20815 as well as OLDALE's 2016 Ford Explorer bearing the VIN Ifm5k8d83ggd22854 for items related to their investigation of OLDALE in reference to Visual Surveillance and Prurient intent.

6. On June 9, 2017, Detective William Heverely, of the Montgomery County Police Department's Electronic Crimes Unit completed a digital forensics report on items seized during the May 9, 2017 residential search warrant. Detective Heverly's report stated the following in relation to two different hard drives seized and examined.

7. A manual search of the computer revealed a couple programs that may have significance to this investigation. The examiner determined that CCleaner had been installed on this machine. CCleaner is a program that will assist in securely deleting (cleaning) files from computers. CCleaner overwrites the space the files had originally occupied, with multiple passes, to make recovery of those files virtually impossible. The examiner also located installations of the Tor browser and Tor browser for Firefox on HDD01. Tor is a free browser for enabling anonymous communication. Using Tor makes it harder for a user's activity to be traced back to the user. Tor is sometimes referred to as the "dark web" where illegal commerce and activity can take place with less fear of being discovered by law enforcement. One of those illegal activities is the distribution and sharing of child exploitation images and videos.

8. A review of the Pagefile.sys files on HDD01 revealed the presence of files with names consistent with child pornography, including "12yo swiss pussy fuck" and "12yo swiss pussy fuck.lnk," among others.

9. Of particular interest were a large number of Shellbags recovered. Shellbags are registry files that help track views, sizes and positions of a folder window when viewed through Windows Explorer; this includes network folders and removable devices. Windows creates a

4

number of additional artifacts when storing these properties in the registry. This gives the investigator great insight into the folder, browsing history of a suspect, as well as details for any folder that might no longer exist on a system (due to deletion, or being located on a removable device).

10. The recovered Shellbags pointed to folders and files stored on external devices. Those files included titles that may be indicative of child exploitation material. A selection of those links included: "J:\hm\12yo swiss pussy fuck\," "N:\cp\mom licks daughter as dad fucksV," "Q:\el\vintage mags\child love\," "V:\links etc\new links\childs play\pics\apr 24 - cams to march 17\", "Q:\links etcVnew links\childs play\pics\march 23 - cams to march 3\," "L:\links etc\new links\childs play\pics\feb 10 - cams to feb 7 - girl with pigtailsY," "I:\linlcs etc\new links\childs play\pics\march 2 - cams to feb 20\preteen close up\," and "N:\links etc\new links\childs play\pics\feb 10 - cams to feb 7 - girl with pigtails\preteen closeupY."

11. A registry browser revealed there had been a large number of USB devices connected to HDD02. The examiner noted there were brands and devices listed that did not match the ones submitted for examination. This would indicate there were external storage devices that were not discovered by investigators during their search of the suspect's property.

12. Forensic review of HDD02 revealed references to "The Giftbox Exchange," including references to "PTHC" and "Jailbait Cams." PTHC is a common search term used by child pornographers meaning "preteen hardcore." "The Giftbox Exchange" was, according to Wikipedia, "a Tor hidden service child pornography website formed in July 2015. The site consisted of two divisions, which operate independently - the forum and the chats. The Giftbox Exchange forum originally operated under the name "The Pedos Giftbox." Later it changed its name to "The Giftbox Exchange." Due to the large amount of daily registrations when it first opened, the site implemented

5

a basic application process where new members needed to upload content to be allowed on the site." The site had been taken over by law enforcement and shut down in December of 2016.

13. Based on this evidence a second search warrant was executed at OLDALE's residence in July 2017. Montgomery County Police Department seized among other things, cameras seized from his office. Subsequent forensic examination of SD cards taken from the cameras revealed hundreds of videos filmed in a bathroom in the residence. The videos show that multiple cameras were used simultaneously to record activities in the bathroom. For example, one camera was mounted under the sink at groin height, and another was mounted in the shower at groin height.

14. The videos depict children taking off their clothes or bathing suits, taking showers, and then getting dressed. At least 30 children were filmed changing and/or taking a shower in the bathroom. The videos also depict OLDALE checking the camera angles.

15. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was interviewed in April 2018. The videos ▮▮▮▮▮▮ were taken between in or about May 2017 and July 2017 at the residence of OLDALE in Chevy Chase, Maryland. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16. ▮▮▮▮ said that ▮▮▮▮▮▮ children attended "splash parties" at OLDALE's residence and that ▮ children would become covered in grass. ▮▮▮▮▮▮▮▮ OLDALE made the children take showers before they went home.

**18-1110 TJS**

## CONCLUSION

17. Based on the above described information, I submit that there is probable cause to believe that **JONATHAN OLDALE** violated 18 U.S.C. § 2251(a) (Production of Child Pornography).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief:

Special Agent Carolyn Cerone,
Federal Bureau of Investigation

Sworn and subscribed before me this 12th day of April, 2018.

Honorable Timothy J. Sullivan
United States Magistrate Judge