

JRB/TFH: USAO 2018R00296

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. |
| | * | PX 18CR545 |
| JONATHAN MARK OLDALE, | * | (Production of Child Pornography, |
| | * | 18 U.S.C. § 2251(a); Possession |
| Defendant | * | of Child Pornography, 18 U.S.C. |
| | * | § 2252A(a)(5)(B); Forfeiture, |
| | * | 18 U.S.C. § 2253) |
| | * | |

*******

## INFORMATION

### COUNT ONE
### (Production of Child Pornography)

The United States Attorney for the District of Maryland charges that:

Between in or about May 2017 and in or about July 2017 in the District of Maryland and elsewhere, the defendant,

### JONATHAN MARK OLDALE,

did knowingly employ, use, persuade, induce, entice, and coerce a minor to engage in any sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

18 U.S.C. § 2251(a)

## COUNT TWO
### (Possession of Child Pornography)

The United States Attorney for the District of Maryland further charges that:

On or about July 6, 2017, in the District of Maryland, the defendant,

**JONATHAN MARK OLDALE,**

did knowingly possess any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8), including an image of child pornography involving a prepubescent minor and a minor who had not attained 12 years of age, that was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

18 U.S.C. § 2252A(a)(5)(B), (b)(2)

## FORFEITURE ALLEGATION

The United States Attorney for the District of Maryland further finds that:

1. Pursuant to Title 18, United States Code, Sections 2253, upon conviction of the offenses set forth in Counts One and Two of this Information, in violation of Title 18, United States Code, Sections 2251 and 2252A, the defendant,

**JONATHAN MARK OLDALE,**

shall forfeit to the United States of America:

    a. Any visual depiction described in Title 18, United States Code, Sections 2251 and 2252A, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

    b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

    c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

2. If any of the property described above, as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b).

18 U.S.C. § 2253

10/30/2018
Date

*Robert K. Hur* /gws
Robert K. Hur
United States Attorney