**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES** | * | |
| **v.** | * | **CRIM. #PX-18-545** |
| | * | |
| **JONATHAN OLDALE** | * | |
| | * | |

*    *    *    *    *    *    *    *    *    *    *    *    *

**ORIGINAL COUNSEL FOR DEFENDANT JONATHAN OLDALE'S MOTION FOR
ORDER TERMINATING THEM AS COUNSEL FOR DEFENDANT**

Original Counsel for Defendant Jonathan Oldale, Robert W. Biddle Esq., of

Nathans & Ripke LLP, and Laura Kelsey Rhodes Esq. hereby moves this Court for an

order terminating them  as counsel of record for the Defendant as Matthew Peed Esq. of

Clinton & Peed PLLC has entered his appearance to represent Mr. Oldale as new

retained counsel in this case,  substituting for undersigned counsel, including seeking

relief for Mr. Oldale pursuant to 28 U.S.C. Section 2255. A draft order is attached.

THEREFORE, counsel respectfully asks that this Court grant the requested relief.


Respectfully submitted,


/s/

_____
Laura Kelsey Rhodes (#12703)
Laura Kelsey Rhodes LLC
200 A Monroe St. #305

Rockville, MD 20850
(301) 424-0094

/s/

_____
Robert W. Biddle (#10761)
Nathans & Biddle LLP
120 East Baltimore Street, Suite 1800
Baltimore, Maryland 21202
(410) 783-0272

November, 4, 2024

## CERTIFICATE OF SERVICE

I hereby certify that this motion and attached draft order was served by ECF filing on all counsel of record.

/s/

_____
Robert W. Biddle (#10761)
Nathans & Biddle LLP
120 East Baltimore Street, Suite 1800
Baltimore, Maryland 21202
(410) 783-0272